# United States Court of Appeals
# for the Fifth Circuit

No. 25-30440
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 17, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EUGENE HENDERSON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:24-CR-115-6

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

Eugene Henderson pleaded guilty to conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine and was sentenced to 60 months of imprisonment. He contends that the district court erred in denying him a mitigating role reduction under U.S.S.G. § 3B1.2. He also argues that his sentence was substantively unreasonable due

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30440

to his mitigating circumstances, evidence that incarceration does not deter future crimes or recidivism in drug cases, and historical sentencing disparities in drug cases.

The record reflects, among other things, that Henderson played a significant role in the specific transactions for which he was held responsible, that he requested and received methamphetamine for redistribution, and that he occasionally provided methamphetamine to his coconspirator. Accordingly, the district court did not clearly err in denying a reduction under § 3B1.2. *See United States v. Bello-Sanchez*, 872 F.3d 260, 264-65 (5th Cir. 2017); *United States v. Gomez-Valle*, 828 F.3d 324, 327 (5th Cir. 2016). Further, Henderson fails to show that his presumptively reasonable within-guidelines sentence fails to account for a factor that should receive significant weight, gives significant weight to an irrelevant or improper factor, or represents a clear error of judgment in balancing sentencing factors. *See United States v. Cooks*, 589 F.3d 173, 186 (5th Cir. 2009). Thus, his substantive reasonableness challenge also lacks merit.

AFFIRMED.